Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERRY LERWICK,**<br><br>                    Plaintiff,<br><br>v.<br><br>**CACH, LLC and MANDARICH LAW GROUP, LLP,**<br><br>                    Defendants, | **Case Number: 5:14-CV-00993-CAS-AGR**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 9, 2014 for filing a joint dismissal.

Respectfully submitted,

Date: August 25, 2014

**HYDE & SWIGART**

By: s/ Crosby S. Connolly
Crosby S. Connolly
Attorneys for Plaintiff