Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Sherry Lerwick

Elizabeth Grace Sutlian, Esq. (SBN: 281099)
elizabeths@mandarichlaw.com
**MANDARICH LAW GROUP LLP**
6301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
Telephone:  (877) 414-0130
Facsimile:   (818) 888-1260

*Attorneys for Defendant,*
CACH, LLC and Mandarich Law Group, LLP

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHERRY LERWICK**<br><br>                    **PLAINTIFF,**<br><br>V.<br><br>**CACH, LLC and MANDARICH LAW GROUP, LLP,**<br><br>                    **DEFENDANT.** | Case No: 5:14-CV-00993-CAS-AGR<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br>**HON. CHRISTINA A. SNYDER** |

Plaintiff SHERRY LERWICK, (hereinafter "Plaintiff") and Defendant CACH, LLC AND MANDARICH LAW GROUP, LLP (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice.

Dated: August 25, 2014                     **HYDE & SWIGART**

                                                  By:  /s/ Crosby S. Connolly
                                                  Crosby S. Connolly
                                                  Attorney for Plaintiff

Dated: August 25, 2014                     **MANDARICH LAW GROUP, LLP**

                                                  By:  /s/ Elizabeth Grace Sutlian
                                                  Elizabeth Grace Sutlian
                                                  Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Elizabeth Grace Sutlian, counsel for Defendant, and that I have obtained Ms. Sutlian's authorization to affix his electronic signature to this document.

Dated: August 25, 2014                     **HYDE & SWIGART**

                                                  By:  /s/ Crosby S. Connolly
                                                  Crosby S. Connolly
                                                  Attorney for Plaintiff