# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERRY LERWICK,**<br><br>　　　　　　PLAINTIFF,<br><br>v.<br><br>**CACH, LLC** AND **MANDARICH LAW GROUP, LLP,**<br><br>　　　　　　DEFENDANTS. | Case No: 5:14-CV-00993-CAS-AGR<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. CHRISTINA A. SNYDER** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 11, 2014         */s/ Christina A. Snyder*
　　　　　　　　　　　　　　　　　　HON. CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE